PAUL E. HARRIS, III, Chief Counsel (State Bar No. 180265)
ANNE M. GIESE (State Bar No. 143934)
BROOKE D. PIERMAN (State Bar No. 222630)
1808 14th Street
Sacramento, CA 95811
Telephone: (916) 554-1279
Facsimile: (916) 554-1292

Attorneys for Intervenors YVONNE WALKER and
SERVICE EMPLOYEES INTERNATIONAL UNION, Local 1000

*RECEIVED AUG 18 2008 24 CIVIL*

*FILED/ENDORSED AUG 2 0 2008 By L. Young, Deputy Clerk*

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| DAVID A. GILB; CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, sued herein in his official capacity only; OFFICE OF STATE CONTROLLER,<br><br>Respondents/Defendants.<br>_____<br>YVONNE WALKER; PAMELA HANDEL; TAMEKIA ROBINSON; KATHLEEN PHILLIPS; SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000,<br><br>Intervenors.<br>_____ | CASE NO. 34-2008-80000026<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO INTERVENE<br><br>Date:<br>Time:<br>Judge: Hon. Timothy M. Frawley<br>Department: 29<br>Trial Date: None |

The application of Yvonne Walker, Pamela Handel, Tamekia Robinson, Kathleen Phillips, and Service Employees International Union, Local 1000 for an order that they be permitted to intervene in this action has been fully submitted, and good cause appearing for permission to intervene:

IT IS ORDERED THAT the application of Yvonne Walker, Pamela Handel, Tamekia Robinson, Kathleen Phillips, and Service Employees International Union, Local 1000 is granted

1

and they are authorized to intervene in this action and join with Respondents/Defendants in resisting the claims of Petitioners/Plaintiffs in claiming what is sought and in asserting interests adverse to Petitioners/Plaintiffs. IT IS FURTHER ORDERED THAT Yvonne Walker, Pamela Handel, Tamekia Robinson, Kathleen Phillips, and Service Employees International Union, Local 1000 file the Verified Petition and Complaint in Intervention within ~~30~~ 2 days of the date of this order.

DATED: August 20, 2008

_____
Honorable Judge of the Superior Court

1  STEWART WEINBERG, Bar No. 031493
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Intervenor
   Stationary Engineers Local 39 International Union of
6  Operating Engineers, AFL-CIO

FILED / ~~ENDORSED~~

AUG 2 0 2008

By L. Young, Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| DAVID A. GILB; CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, sued herein in his official capacity only; OFFICE OF STATE CONTROLLER<br><br>Respondents/Defendants.<br><br>STATIONARY ENGINEERS LOCAL NO. 39 INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO<br><br>Intervenor. | Case No. 34-2008-80000026-CU-WM-GDS<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO INTERVENE<br><br>~~BY FAX~~<br><br>Date:<br>Time:<br>Dept.: 29<br><br>Trial Date: none set |

The Application for an Order that Stationary Engineers Local No. 39 International Union of Operating Engineers, AFL-CIO be permitted to intervene in this action. Having been presented to this Court, it appears that there is no opposition to such intervention.

IT IS ORDERED THAT the Application is granted and that Stationary Engineers Local

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE
Case No. 34-2008-80000026-CU-WM-GDS

10948362.tif - 8/14/2008 3:38:14 PM

1  No. 39 International Union of Operating Engineers, AFL-CIO is authorized to intervene in this
2  action and join with Defendant in resisting the claims of Plaintiff.
3      IT IS FURTHER ORDERED THAT Stationary Engineers Local No. 39 International
4  Union of Operating Engineers, AFL-CIO file the Complaint and intervention within ~~thirty (30)~~ 14
5  days of the date of this Order and serve upon David A. Gilb; California Department of Personnel
6  Administration; John Chiang, sued herein in his official capacity only; Office Of State Controller
7  with a copy of the Complaint in Intervention.
8  Dated: *August 20, 2008*  [signature]
9                                     JUDGE OF THE SUPERIOR COURT OF THE STATE
10                                    OF CALIFORNIA, COUNTY OF SACRAMENTO
11                                    TIMOTHY M. FRAWLEY

119493/502790

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE
Case No. 34-2008-80000026-CU-WM-GDS

10948362.tif - 8/14/2008 3:38:14 PM

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On August 14, 2008, I served upon the following parties in this action:

K. William Curtis, Chief Counsel
Warren C. Stracener
Linda A. Mayhew
Department of Personnel Administration
1515 S Street, North Building, Suite 400
Sacramento, CA 95811

Richard J. Chivaro,
OFFICE OF THE STATE CONTROLLER
300 Capitol Mall, Suite 1850
Sacramento, CA 95814-7089

Paul Harris
Chief Counsel
SEIU Local 1000
1808 14th Street
Sacramento, CA 95811

copies of the document(s) described as:

**[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE**

[X] BY MAIL I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on August 14, 2008.

_Linda Dobbins_

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

10948362.tif - 8/14/2008 3:38:14 PM



BROOKS ELLISON
State Bar No. 122705
PATRICK J. WHALEN
State Bar No. 173489
THE LAW OFFICE OF BROOKS ELLISON
1725 Capitol Ave.
Sacramento, CA 95814
Telephone: (916) 448-2187
Facsimile: (916) 448-5349
E-mail: Brooks.Ellison@calattorneys.org

Attorneys for Intervenor Respondents/Defendants
California Attorneys, Administrative Law Judges,
And Hearing Officers in State Employment

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

DAVID A. GILB, CALIFORNIA
DEPARTMENT OF PERSONNEL
ADMINISTRATION

Petitioners/Plaintiffs,

vs.

JOHN CHIANG, sued herein in his official
capacity only, OFFICE OF THE STATE
CONTROLLER,

Respondents/Defendants.

Case No. 34-2008-80000026

[PROPOSED] ORDER GRANTING
CASE'S *EX PARTE* APPLICATION
FOR LEAVE TO INTERVENE
(CCP § 387)

Judge: Honorable Timothy E. Frawley
Dept: 29
Date: August 20, 2008
Time: 10:00 a.m.

Upon consideration of the Ex Parte Application for Leave to Intervene filed by California Attorneys, Administrative Law Judges, and Hearing Officers in State Employment ("CASE"), on August 19, 2008, and good cause appearing:

IT IS HEREBY ORDERED THAT California Attorneys, Administrative Law Judges, and Hearing Officers in State Employment ("CASE") are granted leave to intervene in this action

- 1 -

[Proposed] Order Granting CASE's Application for Leave to Intervene

as Respondent/Defendant, pursuant to California Code of Civil Procedure section 387, subdivisions (a) and/or (b).

Dated: *August 20, 2008*

Hon. Timothy M. Frawley
Judge of the Superior Court

```
 1  GERALD JAMES - State Bar #179258
    JOSHUA P. GOLKA - State Bar #236344
 2  660 J Street, Suite 445
    Sacramento, CA  95814
 3  Telephone:  (916) 446-0400
    Facsimile:  (916) 446-0489
 4
    Attorneys for Proposed Intervenors:
 5  California Association of Professional
    Scientists; Professional Engineers in
 6  California Government
```

FILED / ENDORSED
AUG 2 0 2008
By L. Young, Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

DAVID A. GILB; CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION

   Petitioners/Plaintiffs,

v.

JOHN CHIANG, sued herein in his official capacity only; OFFICE OF STATE CONTROLLER

   Respondents/Defendants.

CASE NO. 34-2008-80000026-CU-WM-GDS

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR LEAVE TO INTERVENE IN ACTION

Hearing Date: None Set
Time:
Dept: 29

  Having read and considered the application of California Association of Professional Scientists and the Professional Engineers in California Government for leave to file a complaint in intervention and supporting documents filed on August 15, 2008, including the proposed Complaint in Intervention, and good cause appearing therefor,

1

IT IS ORDERED THAT the CALIFORNIA ASSOCIATION OF PROFESSIONAL SCIENTISTS and PROFESSIONAL ENGINEERS IN CALIFORNIA GOVERNMENT are each granted leave to intervene in this action as Respondents/Defendants pursuant to Code of Civil Procedure section 387 and to file the Complaint in Intervention submitted with the application.

Date: August 29, 2008

Hon. Timothy M. Frawley
Judge of the Superior Court

Date: 08/20/2008          Time: 10:00:00 AM          Dept: 29

Judicial Officer Presiding: Judge Timothy Frawley
Clerk: L. Young

Bailiff/Court Attendant: G. Avenell
ERM:
Reporter: D. Carty #3330,

Case Init. Date: 08/11/2008

Case No: 34-2008-80000026-CU-WM-GDS  Case Title: David A Gilb vs. John Chiang in his official capacity only

Case Category: Civil - Unlimited

---

Moving Party: David A Gilb
Causal Document & Date Filed: Ex Parte Application for Order Shortening Time, 08/18/2008

**Appearances:**

K. William Curtis, Chief Counsel and Linda A. Mayhew are present for the Department of Personnel Administration; Ronald V. Placet and Shawn D. Silva are present for the State Controller;
Brooke D. Pierman present for Yvonne Walker, Panela Handel, Tamekia Robinson, Kathleen Phillips and Service Employees International Union, Local 1000; Patrick J. Whalen was present for California Attorneys, Administrative Law Judges and Hearing Officers in State Employment; Gerald James present for California Association of Professional Scientists, Professional Engineers in California Government; Gary M. Messing present for California Correctional Peace Officers' Association and California Statewide Law Enforcement Association, California Correctional Peace Officers' Association, California Statewide Law Enforcement Association

NATURE OF PROCEEDINGS: MOTION FOR ORDER SHORTENING TIME AND APPLICATION TO INTERVENE

The Court grants leave to intervene.

The Court hears argument and grants the order shortening time. Briefing schedules are set as follows: Opposition - August 29, 2008; Reply - September 5, 2008; Hearing - September 12, 2008 at 10:00 a.m. in this department.