K. WILLIAM CURTIS
Chief Counsel, Bar No. 095753
WARREN C. STRACENER
Deputy Chief Counsel, Bar No. 127921
LINDA A. MAYHEW
Assistant Chief Counsel, Bar No. 155049
CHRISTOPHER E. THOMAS
Labor Relations Counsel, Bar No. 186075
Department of Personnel Administration
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95811-7258
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723
E-mail:  christhomas@dpa.ca.gov

Attorneys for Petitioners/Plaintiffs
DAVID A. GILB, AS DIRECTOR OF THE DEPARTMENT OF PERSONNEL ADMINISTRATION AND THE DEPARTMENT OF PERSONNEL ADMINISTRATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. GILB, CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION,<br><br>    Petitioners/Plaintiffs,<br><br> v.<br><br>JOHN CHIANG, sued herein in his official capacity only, OFFICE OF STATE CONTROLLER,<br><br>    Respondents/Defendants.<br>_____<br>CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, and CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION,<br><br>    Interveners/Respondents/Defendants.<br>_____<br>CALIFORNIA ASSOCIATION OF PROFESSIONAL SCIENTISTS; PROFESSIONAL ENGINEERS IN CALIFORNIA GOVERNMENT,<br><br>    Interveners/Respondents/Defendants. | Case No. 2:08-CV-01960-MCE-DAD<br><br>**STIPULATION AND ORDER REQUESTING A CONTINUATION OF THE DATE FOR THE FILING OF THE JOINT STATUS REPORT** |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| YVONNE WALKER; PAMELA HANDEL; TAMEKIA ROBINSON; KATHLEEN PHILLIPS; SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000,<br><br>        Interveners/Respondent/Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CALIFORNIA ATTORNEYS, ADMINISTRATIVE LAW JUDGES, AND HEARING OFFICERS IN STATE EMPLOYMENT<br><br>        Interveners/Respondent/Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| STATIONARY ENGINEERS LOCAL 39 INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO<br><br>        Interveners/Respondent/Defendants. | )<br>)<br>)<br>)<br>)<br>) |

The Petitioners / Plaintiffs, DAVID A. GILB, CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION, Defendants / Respondents, JOHN CHIANG, sued herein in his official capacity only, OFFICE OF STATE CONTROLLER, and Interveners / Respondents / Defendants, CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION, CALIFORNIA ASSOCIATION OF PROFESSIONAL SCIENTISTS, PROFESSIONAL ENGINEERS IN CALIFORNIA GOVERNMENT,  YVONNE WALKER, PAMELA HANDEL, TAMEKIA ROBINSON, KATHLEEN PHILLIPS, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, CALIFORNIA ATTORNEYS, ADMINISTRATIVE LAW JUDGES, AND HEARING OFFICERS IN STATE EMPLOYMENT, and STATIONARY ENGINEERS LOCAL 39 INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, do hereby jointly stipulate, agree and request the following:

WHEREAS, Interveners/Respondents/Defendants CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION and CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION removed this case to Federal Court on August 20, 2008 (Docket No. 1).

/ / /

1  WHEREAS, pursuant to this Court's Order (Docket No. 4) a Joint Status Report is required
2  to be filed jointly by the parties on or before October 20, 2008.
3  WHEREAS, Petitioners/Plaintiffs DAVID A. GILB, CALIFORNIA DEPARTMENT OF
4  PERSONNEL ADMINISTRATION have filed a Motion to Remand this case back to Superior Court
5  (Docket No. 32). Said Motion is scheduled to be heard on October 29, 2008.
6  WHEREAS, Interveners/Respondents/Defendants CALIFORNIA CORRECTIONAL
7  PEACE OFFICERS' ASSOCIATION, CALIFORNIA STATEWIDE LAW ENFORCEMENT
8  ASSOCIATION and CALIFORNIA ATTORNEYS, ADMINISTRATIVE LAW JUDGES, AND
9  HEARING OFFICERS IN STATE EMPLOYMENT have filed a Motion for a Change of Venue of
10 District Courts (Docket No. 21, 30). Said Motions are scheduled to be heard on October 29, 2008.
11 WHEREAS, Interveners/Respondents/Defendants CALIFORNIA CORRECTIONAL
12 PEACE OFFICERS' ASSOCIATION and CALIFORNIA STATEWIDE LAW ENFORCEMENT
13 ASSOCIATION have filed a Motion to Dismiss Plaintiff/Petitioner's Complaint and Petition
14 (Docket No. 59). Said Motion is also scheduled to be heard on October 29, 2008.
15 WHEREAS, these hearings on October 29 could significantly impact the jurisdiction, venue,
16 and merits of this case.
17 NOW THEREFORE, the parties do hereby stipulate and jointly request this Court continue
18 the date when the Joint Status Report is due for thirty days after rulings are issued on the motions at
19 issue in the October 29 hearing. Good Cause exists to grant this request as the resolution of those
20 motions could significantly impact the preparation of the Joint Status Report. Continuing the date
21 for the filing of a Joint Status Report also serves judicial economy by not needlessly using the
22 Court's Resources.

23 RESPECTFULLY SUBMITTED:
24 Dated: October 10, 2008        **DEPARTMENT OF PERSONNEL ADMINISTRATION**
25
26
27                                By:    */s/ Christopher E. Thomas*
                                         CHRISTOPHER E. THOMAS
28                                       Labor Relations Counsel
                                         Attorneys for Petitioners/Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: October 10, 2008 | | **CARROLL, BURDICK, MCDONOUGH, LLP** |
| | By: | _/s/ Gary Messing_<br>GARY MESSING<br>Attorneys for Interveners |
| Dated: October 10, 2008 | | **CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION** |
| | By: | _/s/ Casey Christopher Clark_<br>CASEY CHRISTOPHER CLARK<br>Co-Counsel for Interveners |
| Dated: October 10, 2008 | | **OFFICE OF THE STATE CONTROLLER** |
| | By | _/s/ Richard Chivaro_<br>RICHARD CHIVARO, Joint Counsel for the Honorable John Chiang and Office of State Controller |
| Dated: October 10, 2008 | | **KAYE SCHOLER, LLP** |
| | By | _/s/ Steven Rosenthal_<br>STEVEN ROSENTHAL Joint Counsel for the Honorable John Chiang and Office of State Controller |
| Dated: October 10, 2008 | | **CALLIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION** |
| | By | _/s/ David A. Sanders_<br>DAVID A. SANDERS, Co-Counsel for Intervener |

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Dated: October 10, 2008                    **LAW OFFICES OF BROOKS ELLISON**
3
4                                       By    */s/ Patrick J. Whalen*
                                              PATRICK J. WHALEN, Counsel for Intervener
5                                             California Attorneys, Administrative Law Judges and
                                              Hearing Officers in State Employment
6
7  Dated: October 10, 2008                    **SEIU LOCAL 1000**
8
9                                       By    */s/ Brooke D. Pierman*
                                              BROOKE D. PIERMAN, Counsel for Interveners
10
11
12 Dated: October 10, 2008                    **ALTSHULER BERZON, LLP**
13                                      By    */s/ Jeffrey B. Demain*
                                              JEFFREY B. DEMAIN, Joint Counsel for Interveners,
14                                            California Association of Professional Scientists and
                                              Professional Engineers in California Government
15
16
17 Dated: October 10, 2008                    **WEINBERG, ROGER & ROSENFELD**
18
19                                      By    */s/ Stewart Weinberg*
                                              STEWART WEINBERG, Counsel for Intervener,
                                              Stationary Engineers Local 39, International Union
20                                            Of Operating Engineers, AFL-CIO
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

IT IS HEREBY ORDERED, that the parties are to file a Joint Status Report no later than thirty (30) days after an order is filed resolving the motions at issue in the October 29, 2008 hearings.

DATED: October 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com